FILED

1

**DONALD M. GINDY**, sbn 45228
A PROFESSIONAL LAW CORPORATION
1880 CENTURY PARK EAST, SUITE 615
LOS ANGELES, CALIFORNIA 90067-1622
TEL (310) 772-0585/FAX (310) 772-0018
Email:don@gindylaw.com
Attorney for Plaintiff Hitek Software LLC

2012 JAN 26  PM 2:28

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA- WEST REGION

| | |
|---|---|
| Hitek Software LLC, a California limited liability company, | CASE No. CV 12   0709 -CAS (ADWx) |
| Plaintiff, | **COMPLAINT:** |
| v. | **1. COPYRIGHT INFRINGEMENT;** |
| | **2. CONTRIBUTORY COPYRIGHT INFRINGEMENT;** |
| Timios, Inc., a California corporation; Scott Chamberlain, an individual; Y. Sarumaru, an individual; Does1-10, inclusive, | **3. VICARIOUS COPYRIGHT INFRINGEMENT;** |
| | **4. VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT, § 1201(a)** |
| Defendants. | **5. REQUEST FOR INJUNCTIVE RELIEF** |
| | *Demand for jury trial* |

1

Plaintiff, Hitek Software, LLC, a California limited liability company, hereby brings the within action against defendant Timios, Inc., a California corporation, Scott Chamberlain, an individual, Y. Sarumaru, an individual, for copyright infringement, contributory and vicarious infringement and violation of the Digital Millennium Copyright Act, Section 1201(a) & (b), in connection with the unauthorized access, reproduction, adaptation, display and usage of plaintiff's copyrighted software called AbleFtp, Version 7.0 ("the Software"). This action is based upon a federal question.

## A.  JURISDICTION AND VENUE.

1.     This action arises under the Copyright Act of the United States, 17 U.S.C. §§101 & 501, etseq.  This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1338(a).

2.     Plaintiff is further informed and believes and thereon alleges that the defendants accessed the software via the Internet. In the course of gaining access, each defendant affirmed plaintiff's End User License Agreement (EULA) and agreed and acknowledged that in the event of a dispute arising out of the licensing agreement they would subject themselves to the personal jurisdiction of the courts of the State of California. Such a dispute exists and thus personal jurisdiction is proper in that each defendant, without consent of the plaintiff, gained access to, copied (shorthand for all of the Exclusive Rights of copyright), made use of,

distributed, displayedthe copyrighted works for which plaintiff has the exclusive rights.

3. Venue is proper in this Court pursuant to 28 U.S.C. §1400(a).

4. Venue is further proper in that defendants' affirmed the EULA upon use of plaintiffs' Trial Version of a software program. Said license contains a Forum Selection Clause providing that in the event of a dispute involving any terms or conditions of this license the matter shall be heard in the County of Los Angeles, State of California. Although the true identity of each defendant is not known to plaintiff, on information and belief, each defendant may be found in this District and/or a substantial part of the acts of unauthorized access and infringement complained of herein occurred in this District.

**B.    THE PARTIES**

5. Hitek Software LLC, is a limited liability company, organized and doing business under the laws of the State of California. Its principal headquarters is located in Santa Barbara, CA 93111(hereinafter "Hitek").

6. Plaintiff is informed and believes and thereon alleges that defendant Timios, Inc., is a California corporation, whose principal address is 5716 Corsa Avenue, Suite 102, Westlake Village, CA  91362. Plaintiff further believes Timios is a licensed title insurance and escrow agent operating in approximately 40 States offering comprehensive title and escrow services for mortgageorigination

refinance, reverse mortgage, real estate owned and deed-in-lieu transactions, listing some of the largest lenders and services nationwide as clients.

7.     Plaintiff is informed and believes and thereon alleges that Scott Chamberlain at all times herein was acting within the scope of employment as a computer specialist for Timios.

8.     Plaintiff is informed and believes and thereon alleges that Y. Sarumaru at all times herein was acting within the scope of employment as a computer specialist for Timios.

## C.   SUMMARY OF THE ACTION.

9.     This action seeks damages and injunctive relief based upon the defendants' unauthorized access, copying and usage of plaintiff's copyrighted software entitled "AbleFtp, ("the Software").The program "*AbleFtp*," saves time by permitting the automation feature to transfer files to and from a computer to a server or within directories.   Human interaction may be eliminated once the program has been set up to handle a company's file transfers.

## D.   GENERAL ALLEGATIONS.

10.     Hitek has registered the program "AbleFtp, Version 7.0" with the Register of Copyright on March 7, 2006 and has been given registration number Txu 0001279900.   Version 8.0 was issued registration on August 6, 2010, and

received Registration No. TX 7253068.   Copies of the registrations are attached

hereto and collectively incorporated by reference as Exhibit "A."

11.   Hitek sells the copyrighted programs on the World Wide Web of the

Internet at www.hiteksoftware.com.   The plaintiff is an adherent of the Shareware

philosophy of offering the program for a limited time to potential purchasers.   In

this instance, it is offered for 30 days.   A party is permitted to try out the program

and see if it is suitable for their needs.   They may use the program after

affirmingthe EULA.   If the software meets their expectations they may purchase a

license   at any time.   Upon receipt of payment, plaintiff will issue, through an

intermediary company, a confidential 20 digit alphanumeric code permitting them

to open the program and apply it to their business needs.   *No code is issued to a*

*trial user.* If they do not wish to obtain a license the program automatically

disables at the expiration of the period. A copy of the EULA is attached hereto and

incorporated by reference as Exhibit " B."

12.   Unfortunately, despite the plaintiff's best efforts, it has not been able

to stem the tide of unscrupulous people who have gained unauthorized access to

the program and have copied the software to satisfy their own interests.   These

intruders have used so-called "cracking sites," which exist in great abundance on

the Internet, to enable their copying of the program. These sites supply the

decryption of registration keys to developer's software and facilitate fraudulent

registration codes (or keys) for use in gaining access to the programs.  In self defense, the plaintiff has adopted a tracking system which is able to identify the date and time of the intruder, the external and internal IP of the offending computer, the identity of the user of that computer and other data which is integral to proof of unauthorized access.

13.    The American Registry of Internet Numbers (ARIN) is one of five registries across the globe charged with the task of assigning internet protocol addresses to computers wishing to connect with the Internet. ARIN assigns Public IP addresses to computers in North and South America and provides a website where these addresses are logged and can be paired with the owners and/or operators of the particular IP.

14.    ARIN has confirmed that it has assigned a series of Internet Protocol addresses to Timios, Inc. Exhibit "C." From these IP addresses, plaintiff is informed and believes and thereon alleges thatTimios committed the unlawful acts set forth herein. The series of Public IP addresses is : 75.35.235.56 – 75.35.235.63.

15.    The tracking system disclosed that computers owned and/or operated by the defendants had used a fraudulent registration code to gain unauthorized access to, copying and use of plaintiff's programs all without Hitek's knowledge or consent.   The   tracking   system   has   also   disclosed   the   fraudulent   codes

themselves.In each and every allegation herein, the same fraudulent code was used by the offending computers.

16.    In each and every allegation herein, it is Version 8.24 of plaintiff's software that is the subject matter of unauthorized access and copying. Finally, reference within is made to *"tasks," "schedules," "task runs" and "files processed."* These terms reflect different modes of usage of the software by the defendants.

17.    The true names or capacities, whether individual, corporate, associate or otherwise of the defendants DOES 1-10, inclusive, are unknown to plaintiff, who therefore allege that each of the defendants designated herein as DOES is legally responsible in some manner for the events and happenings herein referred to, and is legally responsible for the injuries and damages to plaintiff as herein alleged.

18.    Plaintiff is informed and believes and thereon alleges that at all times mentioned, each of the defendants was the agent and/or employee of the remaining defendants and was at all times acting within the purpose, course and scope of said agency and employment and each of the defendants has ratified and approved the acts of the remaining defendants.

## FIRST CLAIM FOR RELIEF: Violation of 17 U.S.C.§106(1)&(2); & 501, et.seq., Copyright Infringement.

19.    Plaintiff incorporates by reference paragraphs 1 through 18 as if the

same were set forth fully herein.

20.    On August 5, 2009, at 1:57 p.m., EDT, plaintiff detected illegal registration by defendant occurring at 10:48 a.m., PDT, on the same date. The registration was achieved using a computer entitled **"schamber."** The registration to plaintiff's website was accomplished by use of a fraudulent code which unlocked the software to unlimited use without the knowledge or consent of plaintiff. The code was noted to be: GHTR7-QXA6J-EFT8J-RTH4U. The aforementioned is not a code issued by plaintiff.

21.    The Public IP of the computer used in the illegal registration is 75.35.235.62.ARIN confirms this IP is assigned to Timios.   Exhibit "D." The Private IP address was noted as: 192.168.1.245. As a consequence of the illegal registration listed above, defendant gained unauthorized access to Version 8.24 of the software and reproduced plaintiff's program. The user is defendant "schamberlain."

22.    Also occurring on August 5, 2009, at 3:10 p.m., the same user "schamberlain" illegally registered the program on another computer.   This computer entitled **"wlv-d015"** was part of the same Public IP as above, but its Private IP was on the same network, to wit, 192.168.1.185.  The same fraudulent code was used to achieve unauthorized access to the software.

23.     On November 18, 2009, at 7:47 p.m., it was detected that defendants had illegally used the software on computer wlv-d015 and adapted it to their needs by creating two tasks, one schedule, having 38,498 task runs and 47 files processed.  The user at this point is co-defendant Y. Sarumaru.

24.     A third computer entitled "**Timios-wlv**" was detected illegally registering on August 20, 2009, at 8:38 a.m.  It was registered again by "schamberlain" and used the same false code to unlock software.  The Public IP was the same and attributable to Timios, but the Private IP was different, to wit, 192.168.5.66.

25.     Unlawful usage by "Timios-wlv" was detected at 2:04 p.m., EST, on January 11, 2010.  The user this time used the pseudonym of "monitor."  Adapting the software to Timios' needs, the user created one task, one schedule, 118,358 task runs and 1,370 files processed.

26.     Further illegal usage by "Timios-wlv" was noted to have occurred on March 19, 2010 and August 3, 2010, at which time "monitor" had created two tasks, two schedules, had completed 532,288 task runs and processed 1,785 files.  On March 21, 2011, the total tasks were still at two, total schedules at two, but task runs now numbered 837,577 and files processed amounted to 1,576.

27.     Further review found that illegal usage occurred on May 23, 2011;

July 27, 2011; September 27, 2011; and the latest, December 1, 2011.  On this last date, total tasks were now five, total schedules five, total task runs were 2,141,433 and files processed 2,101.

28.    In summary, the plaintiff contends that the defendants used plaintiff's software on three different computers:  schamber; wlv-d015; and, Timios-wlv. In the case of the last of the mentioned computers, use has been documented for 28 months.  An enormous number of task runs have been concluded; more than 2 million; the user set up 5 tasks and 5 schedules in order to reach the current amount. It is believed that the defendants have continued to use the software illegally.  In all instances, all three computers used the same fraudulent code indicating a move toward distribution of the software.  Likewise, in all instances, the parties used Version 8.24 as well as all the earlier versions which are incorporated within the software. The File Transfer Protocol component of the software was used extensively without the knowledge or permission of Hitek.

29.    At all times mentioned herein, plaintiff alleges that the use by defendants of a fraudulent key was intentional and deliberate and knowledgeable. Accordingly, it was willful entitling plaintiff to the maximum permitted under the Copyright Act of $150,000.00.

30.   At all times mentioned herein, plaintiff alleges that the unlawful acts committed by defendant have produced profits attributable to the infringement. The defendants have copied the software and adapted it to their needs and in so doing have violated Sections 17 U.S.C. §106(1)&(2).   Plaintiff is informed and believes that profits exceed $1,000,000.00 and that defendant is required to disgorge the appropriate sum according to proof at time of trial.

## SECOND CLAIM FOR RELIEF: *Vicarious Copyright Infringement.*

31.   Plaintiff incorporates by reference paragraphs 1 through 30, as if the same were set forth fully herein.

32.   Plaintiff is informed and believes and thereon alleges that at all times relevant to the actions complained of herein the employer, defendant Timios, Inc., had the right and ability to oversee, govern, control and direct its employees actions, including, but not limited to, halting any adverse conduct in which its employeesare engaged. Yet, despite this ability, defendant failed and continues to fail to enforce rules of conduct upon its employees, which has led to the large number of task runs and the number of computers utilized in setting up tasks, schedules and thousands of processed files through use of the copyrighted software.   All accomplished without the knowledge or consent of plaintiff.

33.   Plaintiff further alleges that as a proximate result of defendants' conduct, defendant Timios, Inc.,has profited in an amount and in a manner that

would not have taken place, but for the purloining of plaintiff's copyrighted software. Accordingly, defendants' have achieved a financial benefit to which they are not entitled and would not have gained but for the unlawful acts.

34.    Under the circumstances outlined above, defendants' are liable to plaintiff for Statutory Damages as a willful vicarious copyright infringer in the amount of $150,000.00. Defendants' are also liable for Actual Damages in an amount unknown at this time, but believed in excess of $1,000,000.00, according to proof at time of trial.

## THIRD CLAIM FOR RELIEF: *Contributory Copyright Infringement against defendant Valuable Technologies, Inc.*

35.    Plaintiff incorporates by reference paragraphs 1 through 34, inclusive, as if the same were set forth fully herein.

36.    By virtue of its position as employer, Timios, Inc., knew or had reason to know that it had gained unauthorized access to plaintiff's copyrighted program and reproduced and adapted the software for its own benefit.

37.    Furthermore, plaintiff is informed and believes that defendant aided and abetted the actions of its employee and materially contributed therein by supplying the data and equipment necessary to encourage, urge and persuade, and induce the usage of plaintiff's intellectual property.

38.    Defendant is liable to Plaintiff in Actual Damages of a sum unknown at this time, but for all profits attributable to the infringements which, it is believed,

exceed $1,000,000.00, but according to proof at time of trial.  In the alternative, defendant is liable for Statutory Damages of $150,000.00, as and for the willful and intentional infringement and unauthorized access, copying and usage of plaintiff's copyrighted program.

### FOURTH CLAIM FOR RELIEF: *Violation of the Digital Millennium Copyright Act (17 U.S.C. § 1201).*

39.   Plaintiff repeats and re-alleges that paragraphs 1 through 37, as if the same were set forth fully herein.

40.   At all times mentioned herein, plaintiff has in force a 20 digit alphanumeric code designed to control access to the copyrighted software.  It is only when a legitimate purchaser fulfills his obligation by assenting to the terms and conditions of the End User Licensing Agreement (EULA) and pays the standard market fee that unlimited access to the licensed product is permitted. Upon satisfaction of the above items, plaintiff will issue to the licensee a limited, non-exclusive, non-transferable license to the software and legitimate code entitling the licensee to gain access to the copyrighted program.

41.   The code is intended as a technological measure for the purpose of protecting the proprietary program.  To gain access requires knowledge of the 20 digits issued by plaintiff.  It is intended to exclude those who seek to circumvent the code.

42.   The true number of occasions of acts of circumvention is unknown to plaintiff at this time, but at least ten(10) occasions are detected, and perhaps more, by the tracking system on the various computers itemized elsewhere in the Complaint.

43.   As a consequence of defendants' unlawful and unauthorized circumvention of plaintiff's measures, plaintiff has sustained damages as previously set forth herein.

44.   The use of the circumvention device to gain access is an intentional and knowledgeable act by the defendants.  It is therefore willful and subjects defendants to the maximum allowed for Statutory Damages per act of circumvention, i.e., 10 occasions of bypassing the anti-circumvention device at $2,500.00 per occasion, or $25,000.00, per 17 U.S.C.§1203(c)(3).  Alternatively, Plaintiff is entitled to Actual Damages for profits attributable to the violation of unlawful access per 17 U.S.C. § 1203(c)(2).  These damages are in addition to those attributable to violation of The Copyright Act.

**WHEREFORE,** Plaintiff prays that the Court issue the following:

A.   Defendant be enjoined during the pendency of this action and permanently thereafter from appropriating, using  or otherwise benefitting from plaintiff's copyrighted application software identified above without the express written approval of plaintiff or his delegate;

B.  Defendant be ordered to identify, preserve, set aside and retain any and all source code and hard drives, both internal and external, used by them in the infringement alleged above pursuant to Federal Rule of Civil Procedure 34, which includes, but is not limited to:(I) all electronically stored information which contains any portion of plaintiff's copyrighted program; (ii) all writings as defined in Federal Rule of Evidence 1001, which refer to or mention in any manner plaintiff's program, except to those items based on privilege.

C.  Pay plaintiff all damages sustained by it as the result of defendant's unlawful acts, with prejudgment interest, as well as account for and pay for all gains and profits they have enjoyed at plaintiff's expense.  In particular, Plaintiff demands compensation of at least $150,000.00, or Actual Damages of an amount unknown at this time, but believed to be in excess of $1,000,000.00, per profits attributable to the infringement, both direct and indirect, according to proof. Further, plaintiff demands payment for violation of the Digital Millennium Copyright Act, §1201, et seq., in an amount of $25,000.00, in addition to damages sustained under the Copyright Act.

D.  Trial by jury;

E.  All costs of litigation, including, but not limited to costs of suit, reasonable attorney fees and interest at legal rates.

F.  Such other and further relief as the Court deems just and proper under the circumstances.

Dated: January 2, 2012

**DONALD M. GINDY**
**PROFESSIONAL LAW CORPORATION**

By: _____

Donald M. Gindy
Attorney for Plaintiff
Hitek Software LLC

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1 – 279 – 960**



EFFECTIVE DATE OF REGISTRATION

Mar 7 2006
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
AbleFtp Version 7

**PREVIOUS OR ALTERNATIVE TITLES ▼**
~~AbleFtp – Ftp Automation Software – Version 6~~

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**   **a**

**NAME OF AUTHOR ▼**
Melvin Joseph DeSilva

**DATES OF BIRTH AND DEATH**
Year Born ▼  1965    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States of America
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Computer Software Program - FTP automation software

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**   **a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Melvin DeSilva
1719 Amarelle St.
Newbury Park, CA 91320, USA

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 0 7 2006
**ONE DEPOSIT RECEIVED**
MAR 0 7 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

\*Amended by C.O. per phone call to Melvin
DeSilva on 5-17-2006.

EXAMINED BY

CHECKED BY

**CORRESPONDENCE**
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▶ TXu1-173-885        **Year of Registration** ▶ 2004

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

TXu1-173-885

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
\*~~New user interface. New features and tasks added.~~ new and revised computer program text

**a**

**6**

See instructions
before completing
this space

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                        Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Melvin DeSilva
1719 Amarelle St.
Newbury Park, CA 91320

Area code and daytime telephone number ▶ 805-427-6482                    Fax number ▶ 818-958-2137
Email ▶  melvin@hiteksoftware.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                    Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Melvin Joseph DeSilva                                              Date ▶ 02-21-06

Handwritten signature (X) ▼
X _____ M deSilva _____

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Melvin DeSilva
Number/Street/Apt ▼
1719 Amarelle St.
City/State/ZIP ▼
Newbury Park, CA 91320

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev. July 2003—xxx   Web Rev. July 2003    ☺ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

TX 7-253-068

**Effective date of registration:**

August 6, 2010

---

**Title**

Title of Work: AbleFtp Version 8

**Completion/Publication**

Year of Completion: 2008

Date of 1st Publication: March 31, 2008          Nation of 1st Publication: United States

**Author**

■ Author: Hitek Software LLC

Author Created: computer program

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

Year Born: 1965

**Copyright claimant**

Copyright Claimant: Hitek Software LLC

98 Manchester Pl., Goleta, CA, 93117, United States

**Limitation of copyright claim**

Material excluded from this claim: computer program

Previously registered: Yes

Previous registration and year: TXu1-173-885    2004

TXu1-279-900    2006

New material included in claim: computer program

**Rights and Permissions**

**Organization Name:** Hitek Software, LLC

**Name:** Melvin Joseph Desilva

**Email:** melvin@hiteksoftware.com

**Address:** 98 Manchester pl.

Goleta, CA 93117 United States

**Telephone:** 805-427-6482

## Certification

**Name:** Melvin Joseph Desilva

**Date:** August 6, 2010

**Correspondence:** Yes

# EXHIBIT B

License Agreement for HitekSoftware Products Version 7.x

This License Agreement is valid for Automize 7.x, JaSFtp 7.x, AbleFtp 7.x, and AutoKrypt 7.x.
Automize 7.x, JaSFtp 7.x, AbleFtp 7.x, and AutoKrypt 7.x are copyrighted through the United States of America Copyright Office.

Hitek software - http://www.hiteksoftware.com

Read the terms of this agreement and any provided supplemental license terms (collectively "agreement") carefully before installing the software.  By installing the software, you agree to the terms of this agreement.  Do not install or use this software if you do not agree to all terms of this license agreement.

1.  License to use:  Hitek Software grants you a non-exclusive and non-transferable license for the internal use only of the accompanying software and documentation and any error corrections provided by Hitek Software (collectively "software"), by the number of users and the class of computer hardware for which the corresponding fee has been paid.  Please follow these criteria in determining the number of license copies that you need to purchase: a) Atleast 1 license per workstation:  Every workstation (PC, Mac, or Unix etc..) that the software is installed on requires a license.  i.e. if you install and use the software on 10 systems, you would need to purchase 10 licenses. b) Multiple users per workstation, multiple users use the software:  A single copy of the software may be installed, or multiple users may install the software in their own user directory.  But, multiple users use the software. In this case, the total licenses required would equal the number of individual users using the software.  i.e. if 10 users use the software on the same workstation, you would need to purchase 10 licenses for that workstation.  c)  Multiple users per workstation, single copy of software installed:  Sometimes many users share a workstation, but only a single copy of the software is installed and Only one user uses the software.  In this case, only a single license is required for that workstation.  d)  Within a Company, Licenses can be transferred from one user to another user, or one computer to another computer, provided the software is first removed completely from the original workstation.  e)  Licenses cannot be transferred from one Company to another Company. f) Development/test license - A user is allowed to use an additional copy of the software on a development/laptop/home/test system, if the user already has a license in use.  The sole use of the additional copy should be to create, develop and test tasks and schedules that will eventually be used in the original licensed copy.  The license key for this additional test/laptop/home/developement copy should only be generated from our website.

2.  Restrictions: This Software is confidential and copyrighted. Hitek Software and/or its licensors retain title to software and all associated intellectual property rights.  Except as specifically authorized in any supplemental license terms, you may not make copies of software, other than a single copy of software for archival purposes.  Unless applicable law prohibits enforcement, you may not modify, decompile, and reverse engineer software.  You may not publish or provide the results of any benchmark or comparison tests run on software to any third party without the prior written consent of Hitek

Software. No right, title or interest in or to any trademark, service mark, logo or trade name of Hitek Software or its licensors is granted under this agreement.

3. Trial period: This software has a 30 day trial period, after which the software expires unless a valid registration key is entered. If you purchase a license for this software from Hitek Software or its authorized resellers, instructions to generate a registration key will be provided to you. The registration key allows you to unlock the software permanantely. This registration key should only be generated online at our website or sent to you via email by Hitek Software. Any attempt to register this software, or unlock the software permanantely, by using an illegal or fraudulent registration key, either before or after the 30 day trial period expires, makes this software copy an illegal and unauthorized copy, and violates Hitek Software's copyright of this software. A legal copy of this software can be used for 30 days without entering a registration key. This allows you to to try out this software and allows you to decide whether you want to buy it. Before or after the 30-day trial period, if you decide that it's not something you want to have, simply remove it from your workstation. Purchase the software only if you are fully satisfied that it meets your needs. After purchase, you agree not to request a refund.

4. Registration Information: When you use this software for the first time, and also when you register this software, the following information about your computer is recorded into the Hitek Software User Registration Database: Computers current Date/Time, Hitek Software Product Name, Version and Java Version, Registration Key for the installed Hitek Software Product, Computer Name, Computers Internal IP address, Username logged onto Computer, Operating Systems Registered Owner, Operating Systems Registered Organization, Computers Operating System type and version, Computers current date/time, Computers Timezone Setting, Computers Country Setting, Computers External IP address, and your Internet Service Providers hostname. For registered users, the above information will also be posted to our user registration database on a regular periodic basis in order to update our registered user usage records. Hitek Software assures the user, that the above information will be securely stored, and maintained with the utmost care. By installing and/or registering this software, you agree that Hitek Software should not be held liable in any manner, if the security of this information is compromised in any manner. To the extent not prohibited by law, in no event will Hitek Software or its licensors be liable for any lost revenue, profit or data, or for special, indirect, consequential, incidental or punitive damages, however caused regardless of the theory of liability, arising if the security of this information is compromised in any manner, even if Hitek Software has been advised of the possibility of such damages. Only install this software, if you agree to have this information recorded by Hitek Software. By installing and/or registering this software, you agree that you grant us your full and unconditional permission to record this information.

5. Copyright Infringement: You agree not to infringe on Hitek Softwares copyright of this software. Copyright violation could be in the form of a) violating license counts, which you have purchased or b) using illegally generated registration keys to unlock the software, without purchasing a valid license(s). You agree to only use

Regsitration keys generated online from our Hitek Software website, or only use registration keys emailed to you by Hitek Software. You agree that any attempt to register this software, or unlock the software permananately, by using an illegal or fraudulent registration key, either before or after the 30 day trial period expires, makes this software copy an illegal and unauthorized copy, and violates Hitek Software's copyright of this software.

6. Disclaimer of warranty: Unless specified in this agreement, all express or implied conditions, representations and warranties, including any implied warranty of merchantability, fitness for a particular purpose, or non-infringement, are disclaimed, except to the extent that these disclaimers are held to be legally invalid.

7. Limitation of liability: To the extent not prohibited by law, in no event will Hitek Software or its licensors be liable for any lost revenue, profit or data, or for special, indirect, consequential, incidental or punitive damages, however caused regardless of the theory of liability, arising out of or related to the use of or inability to use software, even if Hitek Software has been advised of the possibility of such damages. In no event will Hitek Software's liability to you, whether in contract, tort (including negligence), or otherwise, exceed the amount paid by you for software under this agreement. The foregoing limitations will apply even if the above stated warranty fails of its essential purpose.

8. Termination: This agreement is effective until terminated. You may terminate this agreement at any time by destroying all copies of software. This agreement will terminate immediately without notice from Hitek Software if you fail to comply with any provision of this agreement. Upon termination, you must destroy all copies of software.

9. Export regulations: All software and technical data delivered under this agreement are subject to us export control laws and may be subject to export or import regulations in other countries. You agree to comply strictly with all such laws and regulations and acknowledge that you have the responsibility to obtain such licenses to export, re-export, or import as may be required after delivery to you.

10. Governing law: This license shall be deemed to have been executed within the State of California, in the United States of America. It shall be construed and enforced in accordance with and governed by the laws of the State of California. The proper venue for resolution of any claim or dispute regarding this license shall be the County of Los Angeles. In the event of a claim of copyright infringement, the proper venue is acknowledged to be the United States District Court for the State of California. For users located outside the United States of America, Hitek Software has sole discretion on whether U.S. Federal law, or the end users country's federal law, should govern any action related to this agreement.

11. Severability: If any provision of this agreement is held to be unenforceable, this agreement will remain in effect with the provision omitted, unless omission would frustrate the intent of the parties, in which case this agreement will immediately terminate.

12. Integration: This agreement is the entire agreement between you and Hitek Software relating to its subject matter. It supersedes all prior or contemporaneous oral or written communications, proposals, representations and warranties and prevails over any conflicting or additional terms of any quote, order, acknowledgment, or other communication between the parties relating to its subject matter during the term of this agreement. No modification of this agreement will be binding, unless in writing and signed by an authorized representative of each party.

13. Third Party: This Software uses a number of 3rd party OpenSource Libraries. Please see the file license_3rdParty.txt for details. JaSFtp uses a 3rd party commercial SSH2/SFtp library from 3sp.com called J2SSH Maverick.

For inquiries please contact:
Hitek Software
http://www.hiteksoftware.com
support@hiteksoftware.com

license
License Agreement for HitekSoftware Products Version 8.x

This License Agreement is valid for Automize 8.x, JaSFtp 8.x, AbleFtp 8.x, and AutoKrypt 8.x.
Automize 8.x, JaSFtp 8.x, AbleFtp 8.x, and AutoKrypt 8.x are copyrighted through the United States of America Copyright Office.

Hitek software - http://www.hiteksoftware.com

Read the terms of this agreement and any provided supplemental license terms (collectively "agreement") carefully before installing the software. By installing the software, you agree to the terms of this agreement. Do not install or use this software if you do not agree to all terms of this license agreement.

1.  License to use: This software program is NOT Freeware. Hitek Software grants you a non-exclusive and non-transferable license for the internal use only of the accompanying software and documentation and any error corrections provided by Hitek Software (collectively "software"), by the number of users and the class of computer hardware for which the corresponding fee has been paid. Please follow these criteria in determining the number of license copies that you need to purchase:
a) Atleast 1 license per computer: Every computer (PC, Mac, or Unix etc..) that the software is installed on requires a license. If a single users installs and uses the software on 10 computers, he would need to purchase 10 licenses.
b) Multiple users on a single computer: Multiple users use the software locally or remotely. A single copy of the software may be installed, or multiple users may install the software in their own user directory, or multiple users access the software remotely. In this case, the total licenses required, would equal the number of individual users using the software. i.e. if 10 users use the software on the same computer, you would need to purchase 10 licenses.
c) Multiple installations and Multiple users: The total license count required is calculated as the total number of installations or users, whichever is more. Example1: installations = 10, users = 15, licenses = 15. Example2: installations = 10, users = 5, licenses = 10.
d) Multiple users per computer, single copy of software installed: Sometimes many users share a computer, but only a single copy of the software is installed and only one user uses the software. In this case, only a single license is required for that computer.
e) Within a Company, Licenses can be transferred from one user to another user, or one computer to another computer, provided the software is first removed completely from the original computer.
f) Licenses cannot be transferred from one Company to another Company.
g) Development license: A user is allowed to use an additional copy of the software on a development system, if the user already has a license in use. The sole use of the additional copy should be to create, develop and test tasks and schedules that will eventually be used in the original licensed copy (or for another license that will be subsequently licensed after testing is complete). The license key for this additional development copy should only be generated from our website. If these conditions are not met, an additional license should be purchased for the development system.

2.  Restrictions: This Software is confidential and copyrighted. Hitek Software and/or its licensors retain title to software and all associated intellectual property rights. Except as specifically authorized in any supplemental license terms, you may not make copies of software, other than a single copy of software for archival purposes. Unless applicable law prohibits enforcement, you may not modify, decompile, and reverse engineer software. You may not publish or provide the results of any benchmark or comparison tests run on software to any third party without the prior written consent of Hitek Software. No right, title or interest in or to any trademark, service mark, logo or trade name of Hitek Software or its licensors is granted under this agreement.

3.  Trial period: This software has a 30 day trial period, after which the software expires unless a valid registration key is entered. If you purchase a license for

Page 1

license

this software from Hitek Software or its authorized resellers, instructions to generate a registration key will be provided to you. The registration key allows you to unlock the software permananently. This registration key should only be generated online at our website or sent to you via email by Hitek Software. Any attempt to register this software, or unlock the software permanantely, by using an illegal or fraudulent registration key, either before or after the 30 day trial period expires, makes this software copy an illegal and unauthorized copy, and violates Hitek Software's copyright of this software. A legal copy of this software can be used for 30 days without entering a registration key. This allows you to to try out this software and allows you to decide whether you want to buy it. Before or after the 30-day trial period, if you decide that it's not something you want to have, simply remove it from your computer. Purchase the software only if you are fully satisfied that it meets your needs. After purchase, you agree not to request a refund.

4.   Information Recorded to our website:
a) When you use this software for the first time, the following information is recorded to the Hitek Software installation database: Product Name and Version, users Country and Timezone. This helps us track our monthly installs by country and product, and provides us valuable feedback on our marketing efforts.
b) When you purchase a license for the software, you will be given information to generate a license key at our website. If you enter the license key generated from our website to unlock our software, NO registration data is recorded.
c) However, if you register the software using a license key which is not generated from our website, the following information about your computer is recorded into the Hitek Software User Registration Database: Date/Time, Hitek Software Product Name and Version, Registration Key for the installed Hitek Software Product, Computer Name, Computers Internal IP address, Username logged onto Computer, Computers Operating System, Timezone Setting and Country Setting.   Additionally, some software usage statistics like total tasks, total schedules, task runs, files processed, task type runs and task title runs, will also be recorded. The above information will also be posted to our user registration database on a regular periodic basis.

Hitek Software assures the user, that the above information will be securely stored, and maintained with the utmost care. By installing and/or registering this software, you agree that Hitek Software should not be held liable in any manner, if the security of this information is compromised in any manner. To the extent not prohibited by law, in no event will Hitek Software or its licensors be liable for any lost revenue, profit or data, or for special, indirect, consequential, incidental or punitive damages, however caused regardless of the theory of liability, arising if the security of this information is compromised in any manner, even if Hitek Software has been advised of the possibility of such damages. Only install this software, if you agree to have this information recorded by Hitek Software. By installing and/or registering this software, you agree that you grant us your full and unconditional permission to record this information.

5.   Copyright Infringement: You agree not to infringe on Hitek Software's copyright of this software. Copyright violation could be in the form of a) violating license counts, which you have purchased or b) using illegally generated registration keys to unlock the software, without purchasing a valid license(s). You agree to only use Regsitration keys generated online from our Hitek Software website, or only use registration keys emailed to you by Hitek Software. You agree that any attempt to register this software, or unlock the software permanantely, by using an illegal or fraudulent registration key, either before or after the 30 day trial period expires, makes this software copy an illegal and unauthorized copy, and violates Hitek Software's copyright of this software. In the event that the Licensee herein is deemed to have violated the conditions of this End User License Agreement, it is acknowledged and agreed that the balance of the terms of the EULA shall remain in full force and effect.

6.   Disclaimer of warranty: Unless specified in this agreement, all express or implied conditions, representations and warranties, including any implied warranty

Page 2

license

of merchantability, fitness for a particular purpose, or non-infringement, are disclaimed, except to the extent that these disclaimers are held to be legally invalid.

7. Limitation of liability:   To the extent not prohibited by law, in no event will Hitek Software or its licensors be liable for any lost revenue, profit or data, or for special, indirect, consequential, incidental or punitive damages, however caused regardless of the theory of liability, arising out of or related to the use of or inability to use software, even if Hitek Software has been advised of the possibility of such damages.   In no event will Hitek Software's liability to you, whether in contract, tort (including negligence), or otherwise, exceed the amount paid by you for software under this agreement.  The foregoing limitations will apply even if the above stated warranty fails of its essential purpose.

8.  Termination: This agreement is effective until terminated.  You may terminate this agreement at any time by destroying all copies of software.  This agreement will terminate immediately without notice from Hitek Software if you fail to comply with any provision of this agreement. Upon termination, you must destroy all copies of software.

9.  Export regulations:  All software and technical data delivered under this agreement are subject to us export control laws and may be subject to export or import regulations in other countries.  You agree to comply strictly with all such laws and regulations and acknowledge that you have the responsibility to obtain such licenses to export, re-export, or import as may be required after delivery to you.

10.  Governing law:  This license shall be deemed to have been executed within the State of California, in the United States of America.   It shall be construed and enforced in accordance with and governed by the laws of the State of California. The proper venue for resolution of any claim or dispute regarding this license shall be the County of Los Angeles.  In the event of a claim of copyright infringement, the proper venue is acknowledged to be the United States District Court for the State of California. By accepting this license both parties agree to the jurisdiction of the courts of the State of California, County of Los Angeles, to hear and decide any and all disputes arising out of this license agreement.

11.  Severability:  If any provision of this agreement is held to be unenforceable, this agreement will remain in effect with the provision omitted, unless omission would frustrate the intent of the parties, in which case this agreement will immediately terminate.

12.  Integration:   This agreement is the entire agreement between you and Hitek Software relating to its subject matter.  It supersedes all prior or contemporaneous oral or written communications, proposals, representations and warranties and prevails over any conflicting or additional terms of any quote, order, acknowledgment, or other communication between the parties relating to its subject matter during the term of this agreement.  No modification of this agreement will be binding, unless in writing and signed by an authorized representative of each party.

13.  Third Party:  This Software uses a number of 3rd party OpenSource Libraries. Please see the file license_3rdParty.txt for details.  Our software uses 3rd party commercial libraries from 3sp.com and jscape.com.

For inquiries please contact:
Hitek Software
http://www.hiteksoftware.com
support@hiteksoftware.com

# EXHIBIT C

## Network

| | |
|---|---|
| NetRange | 75.35.235.56 - 75.35.235.63 |
| CIDR | 75.35.235.56/29 |
| Name | SBC-75-35-235-56-29-0906264050 |
| Handle | NET-75-35-235-56-1 |
| Parent | SBCIS-SBIS-6BLK (NET-75-0-0-0-1) |
| Net Type | Reassigned |
| Origin AS | |
| Customer | TIMIOS INC-090626134015 (C02264910) |
| Registration Date | 2009-06-26 |
| Last Updated | 2009-06-26 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/net/NET-75-35-235-56-1 |
| See Also | Upstream network's resource POC records. |
| See Also | Upstream organization's POC records. |
| See Also | Related delegations. |

## Customer

| | |
|---|---|
| Name | TIMIOS INC-090626134015 |
| Handle | C02264910 |
| Street | Private Address |
| City | Plano |
| State/Province | TX |
| Postal Code | 75075 |
| Country | US |
| Registration Date | 2009-06-26 |
| Last Updated | 2011-03-19 |

# EXHIBIT D

# Hitek Software, LLC

## Proof of illegal registration

| Computer Name | schamber |
|---|---|

------------------------------------------------------------

| | |
|---|---|
| Server date | 2009-08-05 13:57:38.0 EDT |
| Installed (user date) | August 5, 2009 10:48:38 AM PDT |
| Program | AbleFtp |
| Program Version | 8.24 |
| Key | GHTR7-QXA6J-EFT8J-RTH4U |
| Public IP | 75.35.235.62 |
| Host | adsl-75-35-235-62.dsl.irvnca.sbcglobal.net |
| Private IP | 192.168.1.245 |
| Username | schamberlain |
| Total Tasks | 0 |
| Total Schedules | 0 |
| Task Runs | 0 |
| Files Processed | 0 |

------------------------------------------------------------

**Timios**

# Hitek Software, LLC

## Proof of illegal registration

**Computer Name**          wlv-d015

---

| | |
|---|---|
| **Server date** | 2009-08-05 18:12:39.0 EDT |
| **Installed (user date)** | August 5, 2009 3:10:27 PM PDT |
| **Program** | AbleFtp |
| **Program Version** | 8.24 |
| **Key** | GHTR7-QXA6J-EFT8J-RTH4U |
| **Public IP** | 75.35.235.62 |
| **Host** | adsl-75-35-235-62.dsl.irvnca.sbcglobal.net |
| **Private IP** | 192.168.1.185 |
| **Username** | schamberlain |
| **Total Tasks** | 0 |
| **Total Schedules** | 0 |
| **Task Runs** | 0 |
| **Files Processed** | 0 |

---

**Timios**

# Hitek Software, LLC

## Proof of illegal usage

**Computer Name**       wlv-d015

---

| | |
|---|---|
| Server date | 2009-11-18 19:47:06.0 EST |
| Installed (user date) | August 14, 2009 2:46:53 PM PDT |
| Program | AbleFtp |
| Program Version | 8.24 |
| Key | GHTR7-QXA6J-EFT8J-RTH4U |
| Public IP | 75.35.235.62 |
| Host | adsl-75-35-235-62.dsl.irvnca.sbcglobal.net |
| Private IP | 192.168.1.185 |
| Username | ysarumaru |
| Total Tasks | 2 |
| Total Schedules | 1 |
| Task Runs | 38498 |
| Files Processed | 47 |

---

**Timios**

## Hitek Software, LLC

## Proof of illegal registration

**Computer Name**          Timios-wlv

--------------------------------------------------------------

**Server date**              2009-08-20 11:39:26.0 EDT
**Installed (user date)**    August 20, 2009 8:38:57 AM PDT
**Program**                  AbleFtp
**Program Version**          8.24
**Key**                      GHTR7-QXA6J-EFT8J-RTH4U
**Public IP**                75.35.235.62
**Host**                     adsl-75-35-235-62.dsl.irvnca.sbcglobal.net
**Private IP**               192.168.5.66
**Username**                 schamberlain
**Total Tasks**              0
**Total Schedules**          0
**Task Runs**                0
**Files Processed**          0

--------------------------------------------------

## Timios

# Hitek Software, LLC

## Proof of illegal usage

| Computer Name | Timios-wlv |
|---|---|

| | |
|---|---|
| Server date | 2010-01-11 14:04:30.0 EST |
| Installed (user date) | December 9, 2009 1:34:11 PM PST |
| Program | AbleFtp |
| Program Version | 8.24 |
| Key | GHTR7-QXA6J-EFT8J-RTH4U |
| Public IP | 75.35.235.62 |
| Host | adsl-75-35-235-62.dsl.irvnca.sbcglobal.net |
| Private IP | 192.168.5.66 |
| Username | monitor |
| Total Tasks | 1 |
| Total Schedules | 1 |
| Task Runs | 118358 |
| Files Processed | 1370 |

**Timios**

# Hitek Software, LLC

## Proof of illegal usage

| Computer Name | Timios-wlv |
|---|---|
| Server date | 2010-03-19 11:32:20.0 EDT |
| Installed (user date) | December 9, 2009 1:34:11 PM PST |
| Program | AbleFtp |
| Program Version | 8.24 |
| Key | GHTR7-QXA6J-EFT8J-RTH4U |
| Public IP | 75.35.235.62 |
| Host | adsl-75-35-235-62.dsl.irvnca.sbcglobal.net |
| Private IP | 192.168.5.66 |
| Username | monitor |
| Total Tasks | 2 |
| Total Schedules | 2 |
| Task Runs | 440559 |
| Files Processed | 2273 |

------------------------------------------------

## Timios

# Hitek Software, LLC

## Proof of illegal usage

| Computer Name | Timios-wlv |
|---|---|

---

| | |
|---|---|
| **Server date** | 2010-08-03 08:38:08.0 EDT |
| **Installed (user date)** | December 9, 2009 1:34:11 PM PST |
| **Program** | AbleFtp |
| **Program Version** | 8.24 |
| **Key** | GHTR7-QXA6J-EFT8J-RTH4U |
| **Public IP** | 75.35.235.62 |
| **Host** | adsl-75-35-235-62.dsl.irvnca.sbcglobal.net |
| **Private IP** | 192.168.5.66 |
| **Username** | monitor |
| **Total Tasks** | 2 |
| **Total Schedules** | 2 |
| **Task Runs** | 532288 |
| **Files Processed** | 1785 |

---

**Timios**

# Hitek Software, LLC

## Proof of illegal usage

**Computer Name**          Timios-wlv

---

| | |
|---|---|
| **Server date** | 2011-03-21 11:11:50.0 EDT |
| **Installed (user date)** | December 9, 2009 1:34:11 PM PST |
| **Program** | AbleFtp |
| **Program Version** | 8.24 |
| **Key** | GHTR7-QXA6J-EFT8J-RTH4U |
| **Public IP** | 75.35.235.62 |
| **Host** | adsl-75-35-235-62.dsl.irvnca.sbcglobal.net |
| **Private IP** | 192.168.5.66 |
| **Username** | monitor |
| **Total Tasks** | 2 |
| **Total Schedules** | 2 |
| **Task Runs** | 837577 |
| **Files Processed** | 1576 |

---

# Timios

## Hitek Software, LLC

### Proof of illegal usage

| Computer Name | Timios-wlv |
|---|---|

| | |
|---|---|
| Server date | 2011-05-23 14:38:50.0 EDT |
| Installed (user date) | December 9, 2009 1:34:11 PM PST |
| Program | AbleFtp |
| Program Version | 8.24 |
| Key | GHTR7-QXA6J-EFT8J-RTH4U |
| Public IP | 75.35.235.62 |
| Host | adsl-75-35-235-62.dsl.irvnca.sbcglobal.net |
| Private IP | 192.168.5.66 |
| Username | monitor |
| Total Tasks | 2 |
| Total Schedules | 2 |
| Task Runs | 1084996 |
| Files Processed | 496 |

**Timios**

# Hitek Software, LLC

## Proof of illegal usage

| Computer Name | Timios-wlv |
|---------------|------------|

| | |
|---|---|
| Server date | 2011-07-27 11:02:34.0 EDT |
| Installed (user date) | December 9, 2009 1:34:11 PM PST |
| Program | AbleFtp |
| Program Version | 8.24 |
| Key | GHTR7-QXA6J-EFT8J-RTH4U |
| Public IP | 75.35.235.62 |
| Host | adsl-75-35-235-62.dsl.irvnca.sbcglobal.net |
| Private IP | 192.168.5.66 |
| Username | monitor |
| Total Tasks | 2 |
| Total Schedules | 2 |
| Task Runs | 1640895 |
| Files Processed | 2875 |

**Timios**

## Hitek Software, LLC

## Proof of illegal usage

**Computer Name**          Timios-wlv

----------------------------------------------------------------

| | |
|---|---|
| **Server date** | 2011-09-27 18:40:55.0 EDT |
| **Installed (user date)** | December 9, 2009 1:34:11 PM PST |
| **Program** | AbleFtp |
| **Program Version** | 8.24 |
| **Key** | GHTR7-QXA6J-EFT8J-RTH4U |
| **Public IP** | 75.35.235.62 |
| **Host** | adsl-75-35-235-62.dsl.irvnca.sbcglobal.net |
| **Private IP** | 192.168.5.66 |
| **Username** | monitor |
| **Total Tasks** | 2 |
| **Total Schedules** | 2 |
| **Task Runs** | 2173113 |
| **Files Processed** | 6052 |

----------------------------------------------------------------

## Timios

## Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| **Computer Name** | Timios-wlv |

------------------------------------------------------------

| | |
|---|---|
| **Server date** | 2011-12-01 15:57:13.0 EST |
| **Installed (user date)** | December 9, 2009 1:34:11 PM PST |
| **Program** | AbleFtp |
| **Program Version** | 8.24 |
| **Key** | GHTR7-QXA6J-EFT8J-RTH4U |
| **Public IP** | 75.35.235.62 |
| **Host** | adsl-75-35-235-62.dsl.irvnca.sbcglobal.net |
| **Private IP** | 192.168.5.66 |
| **Username** | monitor |
| **Total Tasks** | 5 |
| **Total Schedules** | 5 |
| **Task Runs** | 2141433 |
| **Files Processed** | 2101 |

------------------------------------------------------------

## Timios

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV12- 709 CAS (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

DONALD M. GINDY
A PROFESSIONAL LAW CORPORATION
1880 CENTURY PARK EAST, SUITE 615
LOS ANGELES, CA 90067
Don@gindylaw.com
Telephone: 310-772-0585 Fax: 310-772-0018

**ORIGINAL**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HITEK SOFTWARE LLC, a California limited liability company<br><br>PLAINTIFF(S)<br><br>v.<br><br>Timios, Inc., a California corporation; Scott Chamberlain, an individual; Y. Sarumaru, an individual; Does1-10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 12  0709-CAS (AJW)<br><br>**SUMMONS** |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
DONALD M. GINDY, ESQ. _____, whose address is:

DONALD M. GINDY
A PROFESSIONAL LAW CORPORATION
1880 CENTURY PARK EAST, SUITE 615
LOS ANGELES, CA 90067

an answer to the ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within __21__ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Dated: ___JAN 2 6 2012___

Clerk, U.S. District Court

By: _____
Deputy Clerk

*(Seal of the Court)*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
HITEK SOFTWARE LLC, a California limited liability company

**DEFENDANTS**
Timios, Inc., a California corporation; Scott Chamberlain, an individual; Y. Sarumaru, an individual; Does 1-10, inclusive,

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
DONALD M. GINDY A PROFESSIONAL LAW CORPORATION
1880 CENTURY PARK EAST, SUITE 615
LOS ANGELES, CA 90067
(310) 772-0585

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $ 150,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement and Unfair Competition  COPYRIGHT INFRINGEMENT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | BANKRUPTCY ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

CV 12  0709

**FOR OFFICE USE ONLY:** Case Number:

CV-71 (07/05) | CIVIL COVER SHEET | Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☑ No   ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
   Los Angeles

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☑ Check here if the U.S. government, its agencies or employees is a named defendant.

   Delaware

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
   Los Angeles County

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date _____ January 25, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |